01-15-00702-CV

Walter F Salinas
8782 Park Place blvd #D6
Houston, Texas 77017
(713) 550-2768

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC -7 2015

CHRISTOPHER A PRINE
CLERK

12-7-2015